UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN A. REYNOLDS, | ) | NO. EDCV 10-01531 PA (SS) |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| | ) | |
| | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| PAM AHLIN, Executive Director, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's "Response to the Order to Show Cause, etc." (the "Response"), and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

    Petitioner's Response and Objections attempt to address the substance of his due process claim, but do not indicate when Petitioner's probable cause hearing under California's Sexually Violent

Predator Act, California Welfare & Institutions Code section 6600, <u>et seq</u>., was held or is scheduled to be held and whether Petitioner was denied the opportunity to be heard at that hearing.  (<u>See</u> Response at ¶¶ 2-3; Objections at 2-4.).  Moreover, as the Report and Recommendation explained, even if Petitioner stated a claim by alleging that lack of notice of the proceedings against him violated his due process rights, this Court does not have jurisdiction to address this claim.  Petitions for writ of habeas corpus under 28 U.S.C. § 2241 must be brought in the district of confinement.  <u>Rumsfeld v. Padilla</u>, 524 U.S. 426, 443, 124 S. Ct. 2711, 159 L. Ed. 2d 513 (2004).  Pending trial, Petitioner is being held in Fresno County, which is located in the Eastern District of California, not the Central District.   28 U.S.C. § 84(b).  Therefore, this Court lacks jurisdiction to hear Petitioner's claim.

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

Dated: November 6, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE