UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. REYNOLDS, | ) NO. EDCV 10-01531 PA (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| PAM AHLIN, Executive Director, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 6, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE